UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MONA MATTHEWS,<br><br>Plaintiff,<br><br>vs.<br><br>DETROIT DISTRICT SPORTSERVICE, INC.,<br><br>Defendant. | 2:23-CV-11141-TGB<br><br>**ORDER RESCINDING ORDER OF REFERENCE AND DISMISSING CASE**<br><br>HONORABLE<br>TERRENCE G. BERG |

The Court was notified that the parties have reached a resolution in this matter. Therefore, the Court **RESCINDS** the reference to the Magistrate Judge (ECF No. 19), and the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Dated: December 28, 2023